UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN R. ASHFORD-COGGINS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No.  C10-0393-RSL-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

　　　　Based on Defendant's Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including August 20, 2010, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including September 3, 2010, to file an optional reply brief.

　　　　DATED this 23rd day of July, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Mary Alice Theiler_____
　　　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presnted by:

Page 1　　ORDER - [C10-0393-RSL-MAT]

1

2   s/ Nancy A. Mishalanie
    NANCY A. MISHALANIE
3   Special Assistant U.S. Attorney
    Office of the General Counsel
4   Social Security Administration
    701 Fifth Avenue, Suite 2900 MS/901
5   Seattle, Washington 98104-7075
    Telephone: (206) 615-3619
6   FAX: (206) 615-2531
    nancy.mishalanie@ssa.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23