UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN R. ASHFORD-COGGINS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C10-0393-RSL-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Second Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including September 10, 2010, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including September 24, 2010, to file an optional reply brief.

- **No further extensions will be granted absent extraordinary circumstances.**

DATED this 25th day of August, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1      ORDER - [2:10-cv-393-RSL-MAT]

1

Presented by:

2

s/ Nancy A. Mishalanie

3  NANCY A. MISHALANIE
Special Assistant U.S. Attorney

4  Office of the General Counsel
Social Security Administration

5  701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075

6  Telephone:  (206) 615-3619
FAX:  (206) 615-2531

7  nancy.mishalanie@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23