```
01
02
03
04
05
06                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE
```

| | | |
|---|---|---|
| 08 | KEVIN ASHFORD-COGGINS, ) | |
| | ) | CASE NO. C10-0393-RSL |
| 09 | Plaintiff, ) | |
| | ) | |
| 10 | v. ) | |
| | ) | REPORT AND RECOMMENDATION |
| 11 | MICHAEL ASTRUE, ) | |
| | Commissioner of Social Security, ) | |
| 12 | ) | |
| | Defendant. ) | |
| 13 | _____ ) | |

14  Plaintiff Kevin Ashford-Coggins brought this action to seek judicial review of the

15 denial of his application for Disability Insurance Benefits and Supplemental Security Income

16 by the Commissioner of the Social Security Administration.  The parties have now stipulated

17 that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

18 (Dkt. 25.)

19  Based on the stipulation of the parties, the Court recommends that this case be

20 REVERSED and REMANDED for further administrative proceedings.  The parties have

21 stipulated that, on remand, the Administrative Law Judge (ALJ) will: 1) provide a de novo

22 hearing and a new decision pursuant to sentence four of 42 U.S.C. § 405(g), 2) obtain

REPORT AND RECOMMENDATION
PAGE -1

supplemental evidence from a vocational expert to identify appropriate jobs in the national economy based upon assessed limitations and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles, 3) follow agency policy, including the August 1996 teletype, with respect to substance use, 4) consolidate Plaintiff's applications related to this civil action with his subsequent appliction for Supplemental Security Income disability payments under Title XVI of the Social Security Act, filed on July 19, 2010, and issue a new decision on the associated claims.  The parties also stipulate that Plaintiff may submit additional evidence and arguments to the ALJ on remand.

Given the above, the Court recommends that United States Chief District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings.  A proposed order accompanies this Report and Recommendation.

DATED this 2nd day of September, 2010.

Mary Alice Theiler
United States Magistrate Judge