UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN ASHFORD-COGGINS, ) | |
| ) | CASE NO. C10-0393-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## INTRODUCTION AND SUMMARY CONCLUSION

Plaintiff submitted a motion for attorney's fees, expenses, and costs under the Equal Access to Justice Act (EAJA). (Dkt. 25.) Plaintiff seeks an award of $3,770.71 in attorney's fees and $40.15 in expenses pursuant to the EAJA, 28 U.S.C. § 2412, and $18.50 in costs pursuant to 28 U.S.C. § 1920, for a total award of $3,829.36. Defendant does not object to the request. (Dkt. 27.) Having considered the motion and accompanying documents, the Court finds the request reasonable and recommends that plaintiff's motion (Dkt. 25) be GRANTED, and plaintiff awarded the attorney's fees, expenses, and costs requested. A proposed order

REPORT AND RECOMMENDATION
PAGE -1

01 | accompanies this Report and Recommendation.

02 |     DATED this 18th day of November, 2010.

                                                Mary Alice Theiler
                                                United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2