10-CV-00393-DSGNTN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN ASHFORD-COGGINS,  )
                                      ) CASE NO. C10-0393-RSL
    Plaintiff,        )
                                      )
    v.                            )
                                      ) ORDER GRANTING EAJA FEES
MICHAEL ASTRUE,          ) AND EXPENSES
Commissioner of Social Security,  )
                                      )
    Defendant.       )
_____)

Plaintiff submitted a motion for attorney's fees, expenses, and costs under the Equal Access to Justice Act (EAJA). (Dkt. 25.) Defendant does not object to this request. (Dkt. 27.)

It is therefore ORDERED:

(1) Plaintiff's motion for EAJA fees, expenses, and costs, is GRANTED;

(2) Plaintiff is awarded $3,770.71 in attorney's fees and $40.15 in expenses pursuant to 28 U.S.C. § 2412, and $18.50 in costs pursuant to 28 U.S.C. § 1920; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 7th day of December, 2010.

                                                  /s/ Robert S. Lasnik
                                                  ROBERT S. LASNIK
                                                  Chief United States District Judge