1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

KEVIN R. ASHFORD-COGGINS,

        Plaintiff,

      vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

       Defendant.

NO.  C10-393RSL

ORDER OF REFERENCE
Non-Dispositive Motion
Pending in Civil Case

15

16

17

     The Court hereby refers to United States Magistrate Judge Mary Alice Theiler,

pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-

dispositive motion pending before this Court:

18

     Motion for Authorization of Attorney Fee Pursuant to 42 U.S.C. §406(b)

19

20

21

     The Magistrate Judge shall hear and determine such motion.  Any appeal from the

determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C.

§636(b)(1)(A) and Local Rule MJR 3(b).

22

23

     DATED this 13th day of March, 2014.

24

25

26

27

Robert S. Lasnik
United States District Judge

28

ORDER OF REFERENCE